UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § | CAUSE NO. SA-20-0522-M |
| | § | |
| CHRISTOPHER CHARLES PEREZ | § § | |

**NOTICE OF ATTORNEY APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES Alfredo R. Villarreal, Assistant Federal Public Defender and enters his appearance as counsel for the defendant in the above-styled and numbered cause.

    Respectfully submitted,

    MAUREEN SCOTT FRANCO
    Federal Public Defender


    /s/ ALFREDO R. VILLARREAL
    Assistant Federal Public Defender
    727 E. César E. Chávez Blvd., Suite B-207
    San Antonio, Texas 78206-1205
    State Bar No. 20581850
    Tel.: 210-472-6700
    Fax: 210-472-4454

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 9th day of April, 2020, I filed the foregoing Notice of Appearance using the CM/ECF system which will give electronic notification to the following:

Mark T. Roomberg
Assistant United States Attorney
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

    /s/ ALFREDO R. VILLARREAL
    Assistant Federal Public Defender